

# COURT OF APPEALS

| SANDEE BRYAN MARION | FOURTH COURT OF APPEALS DISTRICT | KEITH E. HOTTLE, |
| CHIEF JUSTICE | CADENA-REEVES JUSTICE CENTER | CLERK OF THE |
| REBECA C. MARTINEZ | 300 DOLOROSA, SUITE 3200 | COURT |
| PATRICIA O. ALVAREZ | SAN ANTONIO, TEXAS 78205-3037 | |
| LUZ ELENA D. CHAPA | WWW.TXCOURTS.GOV/4THCOA.ASPX | |
| IRENE RIOS | | TELEPHONE |
| BETH WATKINS | | (210) 335-2635 |
| LIZA A. RODRIGUEZ | | |
| JUSTICES | | FACSIMILE NO. |
| | | (210) 335-2762 |

July 8, 2019

Rajah Jeffers
626 Nolan Ave.
San Antonio, TX 78202
* DELIVERED VIA E-MAIL *

Benjamin V. Lugg
Housing Authority of the City of
San Antonio
818 South Flores
San Antonio, TX 78204
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:   04-19-00128-CV
        Trial Court Case Number:    2019CV00800
        Style:  Rajah Jeffers
                  v.
        Housing Authority of the City of San Antonio

       Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

       If you should have any questions, please do not hesitate to contact me.

                                   Very truly yours,
                                   KEITH E. HOTTLE,
                                   Clerk of Court

                                   Cecilia Phillips
                                   Deputy Clerk, Ext. 5-3221

cc: Dinah L. Gaines (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2019

No. 04-19-00128-CV

Rajah **JEFFERS,**
Appellant

v.

**HOUSING AUTHORITY OF THE CITY OF SAN ANTONIO,**
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2019CV00800
The Honorable John Francis Davis, Judge Presiding

# O R D E R

The appellant's brief was originally due May 3, 2019. When his brief was not filed, we ordered him to file, on or before May 31, 2019, his appellant's brief along with a written response explaining his failure to timely file his brief. On June 28, 2019, the appellant filed a sufficient response and requested an extension of twenty days to file his brief. After consideration, we **GRANT** the appellant's request for an extension and **ORDER** the appellant to file his brief **on or before July 29, 2019.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court

***MINUTES***
Court of Appeals
Fourth Court of Appeals District
San Antonio, Texas

July 8, 2019

No. 04-19-00128-CV

Rajah **JEFFERS,**
Appellant

v.

**HOUSING AUTHORITY OF THE CITY OF SAN ANTONIO,**
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2019CV00800
The Honorable John Francis Davis, Judge Presiding

# O R D E R

The appellant's brief was originally due May 3, 2019. When his brief was not filed, we ordered him to file, on or before May 31, 2019, his appellant's brief along with a written response explaining his failure to timely file his brief. On June 28, 2019, the appellant filed a sufficient response and requested an extension of twenty days to file his brief. After consideration, we **GRANT** the appellant's request for an extension and **ORDER** the appellant to file his brief **on or before July 29, 2019.**

/s/ Beth Watkins
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2019.

/s/ Keith E. Hottle
KEITH E. HOTTLE,
Clerk of Court

Entered this 8th day of July 2019